IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DAVID EGGLESTON, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Civil Action No. 3:11-cv-403 |
| JAKE SHORT, Police Officer, Mt. Juliet Police Department, Sued in his individual capacity, | ) ) ) ) | Jury Demand Judge Haynes |
| Defendant. | ) ) | |

*[handwritten annotations: "Granted. This motion is G/L×n PWD. ... 1-3-12"]*

## PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR RULE 26 DISCLOSURES

Plaintiff moves, through undersigned counsel, to postpone the deadline for Rule 26 expert disclosures. Plaintiff shows that the current deadline for plaintiff's expert disclosure is January 1, 2012 and the deadline for defendant's disclosure is February 1, 2012. Plaintiff further shows that this Court has not scheduled this matter for trial and indicated that a trial will not be set until the resolution of dispositive motions. Consequently, plaintiff moves this Court to postpone the disclosure of Rule 26 experts until the resolution of dispositive motions and until this Court schedules this matter for trial.

Opposing counsel has no opposition to this motion and consents to it.

Respectfully submitted,

Law Office of Eddie Schmidt

By: s/Edmund J. Schmidt III
Edmund J. Schmidt III, TN Bar #021313
1720 West End Avenue, Suite 300
Nashville, Tennessee 37203
Phone (615) 425-7121
Fax (615) 425-7110
Email eddie@eschmidtlaw.com